IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

HD

Rcv'd by: _____

Smith, Paris P

**Complaint for a Civil Case**

Case No. ABA 25 CV 1513

*(to be filled in by the Clerk's Office)*

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

Jury Trial:    ☒ Yes    ☐ No
*(check one)*

USDC- BALTIMORE
'25 MAY 9 PH2:10

-against-

Central Booking & Intake Center Belinda
Baltimore City Register of Wills - Conaway
Baltimore City Sheriff Dept. Hannible Cory
Baltimore City Orphans Court - Michele Loewentral

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| Name | Paris D Smith | | |
|---|---|---|---|
| Address | 1245 Gardenia Dr | | |
| | Windsor | PA | 17366 |
| | *City* | *State* | *Zip Code* |
| County | York | | |
| Telephone Number | 717-578-7305 | | |
| E-Mail Address | Parisdfrance@gmail.com | | |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| Name | Belinda Conaway | | |
|---|---|---|---|
| Job or Title *(if known)* | Baltimore City Register Of Wills | | |
| Address | 111 N Calvert St #346 | | |
| | Baltimore | MD | 21202 |
| | *City* | *State* | *Zip Code* |
| County | Baltimore | | |

Page of 9

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

| Telephone Number | 410-752-5131 |
|---|---|
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☒ Official capacity

**Defendant No. 2**

| Name | Baltimore City Sheriff Department |
|---|---|
| Job or Title *(if known)* | Sheriff- Corey Hanniable |
| Address | 100 N Calvert St |

| Baltimore | MD | 21202 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| County | Baltimore |
|---|---|
| Telephone Number | 410-396-1155 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☒ Official capacity

**Defendant No. 3**

| Name | Department Of Public Safety |
|---|---|
| Job or Title *(if known)* | Baltimore City Central Booking and Intake Center- Release |
| Address | 300 E Madison St, |

| Baltimore | ☐ MD | 21202 |
|---|---|---|
| *City* | *State* | *Zip Code* |

| County | Baltimore |
|---|---|
| Telephone Number | 410-545-8122 |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☒ Official capacity

**Defendant No. 4**

| Name | Michele E. Loewenthal |
|---|---|
| Job or Title *(if known)* | Orphans Court Judge Elected Official |
| Address | Courthouse East, Room 311, Clarence M. Mitchell, Jr. Courthouse 111 North Calvert St |

| Baltimore | MD | 21202 |
|---|---|---|

Page of 9

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

|  | City | State | Zip Code |
|---|---|---|---|
| County | Baltimore | Maryland | |
| Telephone Number | 443-286-5541 , (410) 396-5034 | | |
| E-Mail Address *(if known)* | | | |

☐ Individual capacity    ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Fourth, Sixth, and Fourteenth Amendments of the United States Constitution.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Page of 9

Baltimore City Sheriff courtroom Bailiff- Corey Hannible, unlawfully placed I, the plaintiff in handcuffs, preformed search and seizure of the plaintiff personal items, failed to read the plaintiff miranda rights, detained the plaintiff against will in a cell for over 5 hours within the Baltimore City Circuit courthouse unbeknownst to the Courts without legality, crime or official judicial orders. Baltimore City Register- Belinda Conaway intentionally ignored the plaintiff appeal to an higher court after transmitting records herself on 07/14/2023, case# 24-C-23-003140 by initiating harassing taunting emails of a "body attachment" false claims within circuit court, processing subpoenas to the plaintiff across state lines through York county sheriff department after the approval of "Notice of Appeal" with the higher courts, improperly fulfilling the duties in probate and estate administration intentionally to disinherit the plaintiff who is the legatee of both of her grandparents estates, approved and attended the unlawful hearing held in Orphans Court on 10/12/2023 involving the plaintiff where a cashiers check of 5,330.94 was requested for an unknown interest person in return for the plaintiff freedom, solicited false information to the plaintiff via email implying a "Writ Body Attachment" enforcement from the Circuit Court, deprived plaintiff of inheritance. Baltimore City Orphans Court Judge- Michele Loewenthal aggressively ignored the plaintiff "notice of appeal" on record and forcible encouraged an erroneous judgment to be paid for the plaintiff freedom from jail on 10/12/2023, misused position of government resources by petitioning a "habeas corpus" for the plaintiff to be transported from Baltimore City Central Booking & Intake Center on 10/12/2023, used the plaintiff grandfather's estate number as a criminal case-number with accordance to the plaintiff unlawful detainment, unjustly and intentionally disinheriting the plaintiff to receive intended inheritance as written in the plaintiff grandparents Will, implemented improper investment decisions, failed to comply with legal requirements regarding the plaintiffs inheritance, forcible demanded 5,330.94 cash from plaintiffs personal account to be paid to an unknown interest party in return for the plaintiff to be released from jail. DPSC Central Booking & Intake Center failed to act with reasonable care to avoid harm to the plaintiff by illegally confining and committing the plaintiff in jail without official documents or relevant case-number with either Maryland District Court or Circuit Court records, Breached of duty to uphold its duty of care while committing an innocence United State Citizen to confinement within its jail system without a known crime, public safety violation or official judicial orders. All defendants' involvements violated the plaintiff guaranteed Constitutional Rights, specifically the plaintiff fourth, sixth and fourteenth amendments of the United States Constitution.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

On October 11,2023 approximately 12:00pm Baltimore city sheriff courtroom bailiff C. Hannaible placed I, the plaintiff, in handcuffs in the hallway of Baltimore City Circuit Court outside of room 329,after attending a hearing regarding my grandmother's estate (appeal from orphans court) citing "his supervisor told him to do so". C. Hannibal, called for a female Baltimore City Sheriff to search and seize the plaintiff's personal items before placing the plaintiff in a cell within the circuit court for Baltimore city. Approximately 5:00 pm on 10/11/2023 I, the plaintiff was transported to the Baltimore City Central Booking and Intake Center where DPSC committed the plaintiff to a cell for three days without charges, crime, case number, public notice or a government appointed judge knowledge and or order. On October 12,2023, approximately around 1:30 pm, the department of public safety transporting correctional officers transported I, Paris D Smith the plaintiff, to the Baltimore City Register of Wills office and Orphans Court room within the Baltimore City Circuit Court-house. On October 12,2023 Belinda Conaway attended the Orphans' court hearing after several requests she sent intimidating and harassing the plaintiff to send funds from the plaintiff grandfather's estate to the Baltimore City Board of Education, subsequently in the same amount (5,330.94 dollars), the alleged judge falsely accused the plaintiff of misappropriating in 2022. On October 12, 2023 alleged Orphans Court Judge Michele Loewenthal requested a cashier's check of 5,330.94 dollars in return for the plaintiff's freedom. On October 12, 2023, the department of Public Safety transporting correctional officers for Baltimore City Central Bookings and Intake Center transported I, the plaintiff, back to the Baltimore City Central Booking and Intake Center where I, the plaintiff was placed back into a jail cell for an additional 24 hours. On October 13,2023 I, the plaintiff was released from the Baltimore City Central Bookings and Intake Center after the warden and lead correctional officer investigated the unlawful imprisonment. I, the plaintiff, was released on October 13, 2023 without charging documents or reason as to why I was imprisoned.

B.  What date and approximate time did the events giving rise to your claim(s) occur?

October 11, 12, 13, 2023 - Unlawful arrest and imprisonment, July 11,17,2023 unlawful subpoena and writ body attachment, May 2023 - September 2023 Sheriff requests to visit the plaintiff home in york pa orchestrated by the Register of Wills Belinda Conaway and Orphans Court Judge Michele Loewenthal.

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On October 11, 2023 after attending a "appeal from the Baltimore City Orphans Court" regarding my grandmother's estate in civil court. Baltimore City Sheriff Courtroom bailiff Corey Hanniable placed me in handcuffs failing to read the Miranda rights, he transported me through the courthouse to a cell stating that his supervisor told him to do so. My person was searched and my property was seized by a female Baltimore City Sheriff. I was placed in a cell between 12:00 pm and 1:00 pm until 5:30 pm within the circuit court, unbeknownst to Circuit Court. Two Baltimore City Sheriffs transported me to the Baltimore City Central Booking and Intake Center where I was committed as a "straight commit"and sent to serve time amongst murderers and criminals . I, the plaintiff, was given a SID number and placed in jail without a case, crime or due process. On 10/12/2023 I, the plaintiff was transported to and from the Baltimore City Orphans Court where Michele Loewenthal questioned I, Paris D Smith, the plaintiff of my grandfather's estate whose court record status was on noticed for an appeal since 07/2023 and awaiting a court hearing in civil court. I, the plaintiff, was forced to pay a erroneous "judgement" ordered by the alleged Orphans Court Judge Michelle Loewhenthal regarding my grandfather's Ernest Underdue Estate where I'm the legatee in order to be released from jail. After I, the plaintiff (husband) submitted the cashiers check from his personal account. I, the plaintiff, was transported back to the Baltimore City Central Booking and Intake Center and placed in a cell for an additional 24 hours due to the fact that the "Orphans Court" has no jurisdiction to request the release of an inmate from the Department of Public Safety and Corrections. I, Paris D. Smith requested to see the warden and the lead psychologist and case manager for the review of the unlawful detainer. On 10/13/2023 approximately 4:00pm I, Paris D Smith was released from jail without ever seeing a commissioner or documents on the arrest and or detention or ever given a case number for the unlawful arrest and imprisonment.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I sustained severe psychological damages, declined mental health and emotional distress, loss of opportunity (to nurse my newborn baby who at the time was 3 months old), I currently suffer from post traumatic stress due to the intentional infliction of pain and suffering. I've seeked professional psychological therapy and medical treatment which included intensive outpatient counseling. I suffered severe hair loss due to the fact that I had to remove my hair extensions in order to be placed in the general population to serve time on an unlawful unknown unreasonable sentence. Four months after the unlawful imprisonment I was placed in the psychiatric UPMC & Penn State Psychiatric Institute from the contributing factors and unlawfulness / unethical wrongdoing by these state and elected public officials.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I'm requesting that the courts award I, Paris D. Smith the plaintiff compensatory and punitive damages in the amount of $500,000 dollars for emotional distress, pain and suffering due to the intentional cruel and unusual punishment that caused a severe decline in mental health.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/9/2025

Signature of Plaintiff

Printed Name of Plaintiff    Paris D. Smith

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney    To be Determine

Bar Number

Page of 9

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–**Prisoner**)

| | |
|---|---|
| Printed Name of Attorney | *To be Determine* |
| Bar Number | |
| Name of Law Firm | |
| Address | |
| | |
| | *City*        *State*        *Zip Code* |
| Telephone Number | |
| E-mail Address | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Smith, Paris D.

v.

Baltimore City Register - Conaway, Belinda
Baltimore city Sheriff Dept- Hannible Cory
Baltimore city Orphans Court - Loewenthal
-Michele, DPSC Central Booking & Intake Ctr.

Case No. ABA 25 CV 1513

\* \* \* \* \*

**CERTIFICATE OF SERVICE**

I hereby certify that on _May 9, 2025_, a copy of _42 U.S Code 1983 Civil action For deprivation of Rights Complaint_ which was electronically filed in this case on _May 9, 2025_, was mailed via first class mail, postage prepaid, to _BCTC CBIC, 300 E madison st Baltimore MD 21202, Baltimore City Register Belinda Conaway, 111 N Calvert st #346 Baltimore MD 21202, Baltimore City Orphans Court-michele Loewenthal 111 N. Calvert St Unit 311, Baltimore MD, 21202, Baltimore Sheriff Dept 100 N, Calvert St, Baltimore, MD 21202 - cory Hannible_

_5·9·2025_
Date

_(signature)_
Signature

_Paris D. Smith (Prose)_
Printed Name and Bar Number

_1245 Gardenia Dr Windsor, PA_
Address _17366_

_ParisDFrance@gmail.com_
Email Address

_717·578-7305_
Telephone Number

_N/A_
Fax Number